# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIKE O. SALAZAR, ) | Case No. 2:16-cv-00581-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| BLOOMIN' BRANDS, INC., et al., ) | |
| Defendant(s). ) | |

On April 1, 2016, Defendants filed a notice that they intend to file a motion to sever and transfer the claims back to Texas that are unrelated to the *Cardoza* action (Case No. 2:13-cv-1820-JAD-NJK). Docket 42 at 2.[1] To date, no such motion has been filed. Nor have the parties otherwise advanced this case since it was transferred into this forum.

The parties are hereby **ORDERED** to file a status report by January 13, 2017.

IT IS SO ORDERED.

DATED: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In the *Cardoza* matter, United States District Judge Jennifer A. Dorsey approved the settlement and entered judgment on November 15, 2016.