# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIKE O. SALAZAR, ) | Case No. 2:16-cv-00581-RFB-NJK |
| )  Plaintiff(s), ) | ORDER |
| ) vs. ) | |
| ) | (Docket No. 49) |
| BLOOMIN' BRANDS, INC., et al., ) | |
| )  Defendant(s). ) | |

Pending before the Court is the parties' joint status report, Docket No. 49, which the Court construes as a stipulation to transfer this case to the Southern District of Texas. The parties believe that a transfer is in the best interests of both the parties and the Court. *Id.* at 2-3. Accordingly, the parties' stipulation, Docket No. 49, is hereby **GRANTED**. The Court **ORDERS** this case transferred to the Southern District of Texas for all further proceedings. The Court further **INSTRUCTS** the Clerk's Office to administratively close this action.

IT IS SO ORDERED.

DATED: January 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge